IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Blue, Jesse W | Case Number: 07 B 19688 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/25/08 | Filed: 10/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,700.00 | |
| Secured: | | 4,446.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 253.80 |
| Other Funds: | | 0.00 |
| Totals: | 4,700.00 | 4,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 25,500.00 | 2,884.94 |
| 3. | Transport Funding LLC | Secured | 13,800.00 | 1,561.26 |
| 4. | Countrywide Home Loans Inc. | Secured | 1,342.00 | 0.00 |
| 5. | First Equity | Unsecured | 2,396.87 | 0.00 |
| 6. | Transport Funding LLC | Unsecured | 2,030.64 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 15,061.27 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 640.48 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 7,532.00 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 11,759.75 | 0.00 |
| 11. | B-Real LLC | Unsecured | 1,057.09 | 0.00 |
| 12. | B-Real LLC | Unsecured | 13,172.66 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 2,968.12 | 0.00 |
| 14. | American Express Centurion | Unsecured | 310.86 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 12,191.63 | 0.00 |
| 16. | Chase | Unsecured | | No Claim Filed |
| 17. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 18. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| | | | $ 109,763.37 | $ 4,446.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 253.80 |
| | $ 253.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blue, Jesse W

Printed: 3/25/08

Case Number: 07 B 19688
Judge: Goldgar, A. Benjamin
Filed: 10/23/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

